02-12-496-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT
 OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
  
 
 


 

 

NO. 02-12-00496-CV

 

 


 
 
 Charles Zakarin
  
  
 v.
  
  
 World Wide Express
 
 
 §
  
 §
  
 §
  
 §
  
 
 
 From County Court at Law No. 1
  
 of Tarrant County (2012-002902-1)
  
 March 7, 2013
  
 Per Curiam
 
 


 

 

JUDGMENT

 

          This court has considered the record on
appeal in this case and holds that the appeal should be dismissed.  It is
ordered that the appeal is dismissed for want of jurisdiction.

 

SECOND DISTRICT COURT OF APPEALS


 

 

PER CURIAM

 

 

 

 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT
 OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
  
 
 


 

 

NO. 02-12-00496-CV

 

 


 
 
 CHARLES ZAKARIN
 
 
  
 
 
 APPELLANT
 
 


                                                                                                                             

V.

 


 
 
 WORLD WIDE EXPRESS
 
 
  
 
 
 APPELLEE
 
 


 

                                                                                                                             

------------

 

FROM COUNTY
COURT AT LAW NO. 1 OF TARRANT COUNTY

 

------------

 

MEMORANDUM OPINION[1]

 

------------

Appellant Charles Zakarin filed a notice of
accelerated appeal of the trial court’s December 10, 2012 order denying his
special appearance.  See Tex. Civ. Prac. & Rem. Code Ann. §
51.014(a)(7) (West 2008 & Supp. 2012).  Appellee World Wide Express then
filed in the trial court a motion to set aside the order denying appellant’s special
appearance, and appellant filed an emergency motion for protection in this
court, seeking to suspend all actions against him during the pendency of his
accelerated appeal in this court.  We granted appellant’s motion to stay as to
all proceedings except for appellee’s motion to set aside the order denying his
special appearance, noting that if the trial court granted that order, this
appeal would be moot.

On February 1, 2013, the trial court granted
appellee’s motion to set aside the order denying appellant’s special
appearance.  We then sent a letter informing the parties that unless any party
desiring to continue the appeal filed a response by February 21, 2013, stating
grounds for continuing the appeal, we would dismiss the appeal as moot.

Although appellant sent a response, it does not
explain how this court can continue to exercise jurisdiction without a final
judgment or an appealable interlocutory order.  Cf. Tex. Civ. Prac.
& Rem. Code Ann. § 51.014(a)(7); Hernandez v. Ebrom, 289 S.W.3d
316, 319 (Tex. 2009) (“Appeals of some interlocutory orders become moot because
the orders have been rendered moot by subsequent orders.”); Lehmann v.
Har-Con Corp., 39 S.W.3d 191, 195 (Tex. 2001) (“[T]he general rule, with a
few mostly statutory exceptions, is that an appeal may be taken only from a
final judgment.”).  We therefore dismiss this appeal for want of jurisdiction
and lift the stay.  See Tex. R. App. P. 42.3(a), 43.2(f).

 

 

                                                                             PER
CURIAM

 

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

 

DELIVERED:  March 7, 2013









[1]See
Tex. R. App. P. 47.4.